UNITED STATES BANKRUPTCY COURT
_Eastern_ DISTRICT OF _New York_

In re _BAHA Lounge Corp_
    Debtor

Case No. _18-41665-ess_
Reporting Period: _11/1/18 - 11/30/18_
Federal Tax I.D. # _xxx-xx-9184_

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
_(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)_

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
|    Copies of bank statements | | ✓ | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | ✓ | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | ✓ | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | MOR-7 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _/s/ Juan Liz_      Date _12/3/18_

Signature of Authorized Individual*      Date

Printed Name of Authorized Individual      Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

BAHA LOUNGE CORP                                        18-41665-ess

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### PERIOD: 11/1/2018 to 11/30/2018

| | |
|---|---|
| CASH BEGINNING OF PERIOD | 37341 |
| GROSS SALES | 97636 |
| REFUNDS/CREDITS | ( 890) |
| SALES TAXES COLLECTED | ( 7982) |
| NET SALES | 88764 |
| **EXPENSES** | |
| COST OF GOODS SOLD | 23641 |
| NET PAYROLL | 29490 |
| PAYROLL TAXES | 2359 |
| RENT | 16647* |
| INSURANCE | 987 |
| UTILITIES | 1000 |
| TELEPHONE/CABLE | |
| ADVERTISING | 420 |
| MERCHANT SERVICES | 2203 |
| EQUIPMENT LEASES | 549 |
| OUTSIDE SERVICES (DJ/HOSTS) | 845 |
| TRANSPORTATION | 657 |
| MISC | 5349 |
| US TRUSTEE FEES | 6500 |
| NYS DEPARTMENT OF TAXATION | |
| TOTAL DISBURSEMENTS | 90647 |
| NET OPERATING INCOME | (1883) |
| CASH END OF PERIOD | 35458 |

* Includes $7448.00 for payment of pre-petition arrears to landlord

Re: BAHA LOUNGE CORP
CASE # 18-41665
Period: 10/1/2018-10/31/18

## SUMMARY OF POST PETITION ADMINISTRATIVE EXPENSES/LIABILITIES

|  | PP Amt Owed BRP | Addtl Amt DRP | Amt Pd DRP | PP Balance ERP |
|---|---|---|---|---|
| NYS Sales Tax | 29831 | 7982 | 0 | 37813 |
| Payroll Tax | 28183 | 2359 | 0 | 30542 |
| Total | 58014 | 10341 | 0 | 68355 |

## SCHEDULE OF PAYMENTS MADE WITH ESTATE ASSETS

| Creditor | Date Incurred | Amt Paid | Source |
|---|---|---|---|
| NONE | | | |



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BAHA LOUNGE CORP DBA
DON TEQUILA URBAN CANTINA
DIP CASE 18-41665  EDNY
8338 WOODHAVEN BLVD
GLENDALE NY 11385-7824

Page: 1 of 20
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #:
Primary Account #:            936

Chapter 11 Checking
BAHA LOUNGE CORP DBA
DON TEQUILA URBAN CANTINA
DIP CASE 18-41665  EDNY

Account            938

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 37,341.67 | Average Collected Balance | 32,123.59 |
| Deposits | 17,060.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 80,575.94 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | $1,311.00 | Days in Period | 30 |
| Electronic Payments | 16,208.50 | | |
| Other Withdrawals | 2,000.00 | | |
| Ending Balance | 35,458.11 | | |

## DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/02 | DEPOSIT | 17,060.00 |
| | Subtotal: | 17,060.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | CCD DEPOSIT, MERCH SVC BKCRD DEP 8990000003477849 | 1,042.85 |
| 11/02 | CCD DEPOSIT, MERCH SVC BKCRD DEP 8990000003477849 | 1,931.96 |
| 11/05 | CCD DEPOSIT, MERCH SVC BKCRD DEP 8990000003477849 | 13,072.71 |
| 11/05 | CCD DEPOSIT, MERCH SVC BKCRD DEP 8990000003477849 | 2,526.02 |
| 11/06 | CCD DEPOSIT, MERCH SVC BKCRD DEP 8990000003477849 | 5,073.83 |
| 11/07 | CCD DEPOSIT, MERCH SVC BKCRD DEP 8990000003477849 | 816.91 |
| 11/08 | CCD DEPOSIT, MERCH SVC BKCRD DEP 8990000003477849 | 1,115.24 |
| 11/09 | CCD DEPOSIT, MERCH SVC BKCRD DEP 8990000003477849 | 2,121.55 |
| 11/13 | CCD DEPOSIT, MERCH SVC BKCRD DEP 8990000003477849 | 11,687.11 |
| 11/13 | CCD DEPOSIT, MERCH SVC BKCRD DEP 8990000003477849 | 3,420.34 |
| 11/13 | CCD DEPOSIT, MERCH SVC BKCRD DEP 8990000003477849 | 1,971.27 |
| 11/14 | CCD DEPOSIT, MERCH SVC BKCRD DEP 8990000003477849 | 1,474.53 |
| 11/15 | CCD DEPOSIT, MERCH SVC BKCRD DEP 8990000003477849 | 1,781.55 |
| 11/15 | ATM CASH DEPOSIT, AUT 111513 ATM CASH DEPOSIT 31 90 STEINWAY STREET  ASTORIA  * NY 4085404021599976 | 1,010.00 |
| 11/16 | CCD DEPOSIT, MERCH SVC BKCRD DEP 8990000003477849 | 1,578.18 |
| 11/19 | CCD DEPOSIT, MERCH SVC BKCRD DEP 8990000003477849 | 10,104.58 |
| 11/21 | CCD DEPOSIT, MERCH SVC BKCRD DEP 8990000003477849 | 4,238.92 |
| 11/23 | CCD DEPOSIT, MERCH SVC BKCRD DEP 8990000003477849 | 537.69 |

Begin by adjusting your account register as follows:

§ Subtract any services charges shown on this statement.

§ Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

§ Add any interest earned if you have an interest-bearing account.

§ Add any automatic deposit or overdraft line of credit.

§ Review all withdrawals shown on this statement and check them off in your account register.

§ Follow instructions 2-5 to verify your ending account balance.

1) Your ending balance shown on this statement is.

2) List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3) Subtotal by adding lines 1 and 2

4) List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5) Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 35,458.11 |
| Total Deposits | |
| Sub Total | |
| Total Withdrawals | |
| Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | |

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain clearly you can why you believe there is an error or why more information is needed. Please include:

§ Your name and account number.
§ A description of the error or transaction you are unsure about.
§ The dollar amount and date of the suspected error.

When making verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter give us the following information.

§ Your name and account number.
§ The dollar amount of the suspected error.
§ Describe the error and explain if you can, why you believe there is an error. If you need more information describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection) the Bank discloses the Average Daily Balance on the periodic statements as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate as listed in the Account Summary section on the front of the statement. The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance of the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



# TD Bank
America's Most Convenient Bank®

BARA LOUNGE CORP DBA
DON TEQUILA URBAN CANTINA
DIP CASE 18-41665 EDNY

STATEMENT OF ACCOUNT

Page: 3 of 20
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #: 
Primary Account #: ████████1938

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | | | | | | AMOUNT |
|---|---|---|---|---|---|---|---:|
| 11/26 | CCD DEPOSIT, | MERCH | SVC | BKCRD | DEP | 899000003477849 | 4,392.85 |
| 11/26 | CCD DEPOSIT, | MERCH | SVC | BKCRD | DEP | 899000003477849 | 3,043.26 |
| 11/27 | CCD DEPOSIT, | MERCH | SVC | BKCRD | DEP | 899000003477849 | 4,378.36 |
| 11/30 | CCD DEPOSIT, | MERCH | SVC | BKCRD | DEP | 899000003477849 | 3,342.16 |
| | | | | | | Subtotal | 80,575.94 |

### Checks Paid   No. Checks: 115    *Indicates break in serial sequence or check processed electronically and listed under ElectronicPayments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---:|---|---|---:|
| 11/09 | 1968 | 140.00 | 11/01 | 2048 | 120.00 |
| 11/09 | 1996* | 120.00 | 11/21 | 2049 | 611.60 |
| 11/01 | 2006* | 847.00 | 11/01 | 2050 | 1,400.00 |
| 11/21 | 2010* | 793.00 | 11/01 | 2051 | 1,400.00 |
| 11/05 | 2012* | 450.00 | 11/05 | 2052 | 450.00 |
| 11/01 | 2016* | 1,088.00 | 11/02 | 2053 | 2,198.31 |
| 11/02 | 2019* | 710.95 | 11/02 | 2054 | 375.00 |
| 11/02 | 2021* | 721.35 | 11/05 | 2055 | 680.00 |
| 11/02 | 2022 | 236.91 | 11/05 | 2056 | 160.00 |
| 11/02 | 2023 | 463.45 | 11/05 | 2057 | 210.00 |
| 11/06 | 2025* | 370.00 | 11/09 | 2058 | 240.00 |
| 11/08 | 2029* | 300.00 | 11/08 | 2059 | 300.00 |
| 11/07 | 2031* | 1,000.00 | 11/08 | 2060 | 380.00 |
| 11/19 | 2032 | 300.00 | 11/14 | 2061 | 200.00 |
| 11/05 | 2033 | 240.00 | 11/14 | 2062 | 500.00 |
| 11/01 | 2034 | 120.00 | 11/05 | 2063 | 710.00 |
| 11/01 | 2035 | 500.00 | 11/05 | 2064 | 120.00 |
| 11/01 | 2036 | 200.00 | 11/13 | 2065 | 200.00 |
| 11/13 | 2037 | 1,092.77 | 11/13 | 2066 | 200.00 |
| 11/06 | 2039* | 6,500.00 | 11/07 | 2067 | 500.00 |
| 11/06 | 2040 | 57.60 | 11/06 | 2068 | 200.00 |
| 11/08 | 2041 | 9,192.88 | 11/05 | 2069 | 500.00 |
| 11/08 | 2042 | 3,648.62 | 11/07 | 2070 | 469.02 |
| 11/05 | 2043 | 800.00 | 11/13 | 2071 | 934.00 |
| 11/01 | 2044 | 960.00 | 11/09 | 2072 | 717.00 |
| 11/02 | 2045 | 665.00 | 11/15 | 2073 | 700.00 |
| 11/05 | 2046 | 180.00 | 11/08 | 2074 | 324.00 |
| 11/01 | 2047 | 624.00 | 11/07 | 2075 | 636.00 |



# Bank
America's Most Convenient Bank®

BAMA LOUNGE CORP DBA
DON TEQUILA URBAN CANTINA
DIP CASE 18-41665 EDNY

STATEMENT OF ACCOUNT

Page: 4 of 26
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #:
Primary Account #: ████938

## DAILY ACCOUNT ACTIVITY

**Checks Paid (continued)**  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO | AMOUNT | DATE | SERIAL NO | AMOUNT |
|---|---|---|---|---|---|
| 11/14 | 2076 | 600.00 | 11/16 | 2108 | 600.00 |
| 11/09 | 2077 | 2,369.00 | 11/19 | 2108* | 600.00 |
| 11/13 | 2078 | 2,053.95 | 11/19 | 2109 | 250.00 |
| 11/08 | 2079 | 300.00 | 11/19 | 2110 | 600.00 |
| 11/13 | 2080 | 200.00 | 11/19 | 2111 | 180.00 |
| 11/16 | 2081 | 120.00 | 11/20 | 2112 | 426.00 |
| 11/13 | 2082 | 650.00 | 11/20 | 2113 | 282.00 |
| 11/13 | 2083 | 220.00 | 11/27 | 2114 | 200.00 |
| 11/13 | 2084 | 290.00 | 11/27 | 2115 | 500.00 |
| 11/13 | 2085 | 210.00 | 11/19 | 2116 | 200.00 |
| 11/13 | 2086 | 140.00 | 11/23 | 2117 | 730.00 |
| 11/15 | 2087 | 290.00 | 11/26 | 2119* | 800.00 |
| 11/14 | 2088 | 500.00 | 11/28 | 2120 | 665.00 |
| 11/13 | 2089 | 700.00 | 11/26 | 2124* | 617.00 |
| 11/13 | 2090 | 600.00 | 11/21 | 2125 | 672.00 |
| 11/19 | 2091 | 200.00 | 11/26 | 2126 | 376.00 |
| 11/27 | 2092 | 466.00 | 11/23 | 2127 | 1,189.72 |
| 11/26 | 2093 | 684.50 | 11/26 | 2130* | 470.00 |
| 11/16 | 2094 | 70.00 | 11/26 | 2131 | 690.00 |
| 11/15 | 2095 | 700.00 | 11/26 | 2132 | 783.00 |
| 11/15 | 2096 | 700.00 | 11/26 | 2133 | 280.00 |
| 11/13 | 2097 | 250.00 | 11/27 | 2135* | 300.00 |
| 11/13 | 2098 | 500.00 | 11/27 | 2136 | 500.00 |
| 11/13 | 2099 | 280.00 | 11/27 | 2137 | 100.00 |
| 11/13 | 2100 | 500.00 | 11/28 | 2139* | 400.00 |
| 11/16 | 2101 | 800.00 | 11/30 | 2140 | 400.00 |
| 11/16 | 2102 | 756.00 | 11/30 | 2144* | 540.00 |
| 11/15 | 2103 | 652.00 | 11/30 | 2145* | 500.00 |
| 11/15 | 2104 | 650.00 | 11/01 | 9980175* | 380.77 |
| 11/19 | 2105 | 276.00 | | | |

Subtotal: $1,311.00



# Bank
America's Most Convenient Bank®

BAHA LOUNGE CORP DBA
DON TEQUILA URBAN CANTINA
DIP CASE 18-41665  EDNY

STATEMENT OF ACCOUNT

Page: 5 of 20
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #: 
Primary Account #:                    938

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | CCD DEBIT, ADP WAGE PAY WAGE PAY 300046658731308 | 250.00 |
| 11/01 | CCD DEBIT, ADP TAX ADP TAX K130S 110207A01 | 158.94 |
| 11/01 | DEBIT CARD PURCHASE, AUT 103018 VISA DDA PUR UBER  B2202  HELP UBER COM *CA 4085404020852365 | 23.84 |
| 11/02 | CCD DEBIT, MERCH SVC BKCRD FEES 8986008KD477849 | 2,293.07 |
| 11/02 | CCD DEBIT, ADP PAYROLL FEES ADP - FEES 2R30S  3319676 | 46.46 |
| 11/05 | DEBIT CARD PURCHASE, AUT 110218 VISA DDA PUR AMAZON COM MR2967XQ3   AMZN COM BILL *WA 4085404021599976 | 50.15 |
| 11/05 | DEBIT CARD PURCHASE, AUT 110218 VISA DDA PUR AMZN MKTP US M82S61G30   AMZN COM BILL *WA 4085404021599976 | 13.97 |
| 11/06 | DEBIT POS, AUT 110618 DDA PURCHASE USPS PO 3 7577 31ST AV  EAST ELMHURST *NY 4085404021599976 | 30.00 |
| 11/07 | DEBIT CARD PURCHASE, AUT 110618 VISA DDA PUR YELPINC 855 380 9357   855 380 9357 *CA 4085404018665673 | 420.00 |
| 11/07 | DEBIT POS, AUT 110718 DDA PURCHASE DEALS  5102 NORTHER  WOODSIDE  *NY 4085404020852365 | 81.62 |
| 11/07 | DEBIT CARD PURCHASE, AUT 110518 VISA DDA PUR WIN DEPOT RESTAURANT EQU  LONG ISLAND C *NY 4085404021599976 | 35.95 |
| 11/09 | DEBIT POS, AUT 110918 DDA PURCHASE RESTAURANT DEPOT  MASPETH  *NY 4085404021599976 | 1,137.50 |
| 11/09 | CCD DEBIT, ADP WAGE PAY WAGE PAY 934408762383308 | 250.00 |
| 11/09 | CCD DEBIT, ADP TAX ADP TAX K130S 110902A01 | 158.94 |
| 11/09 | CCD DEBIT, ADP PAYROLL FEES ADP - FEES 2R30S  4158828 | 46.46 |
| 11/13 | DEBIT CARD PURCHASE, AUT 110918 VISA DDA PUR RESTAURANT DEPOT  MASPETH  *NY 4085404021599976 | 259.91 |
| 11/13 | DEBIT CARD PURCHASE, AUT 111118 VISA DDA PUR AMZN MKTP US M858Y53H0  AMZN COM BILL *WA 4085404021599976 | 217.36 |
| 11/13 | ACH DEBIT, TIMEPAYMENT LEASE PMNT 41795357 | 189.85 |
| 11/13 | DEBIT CARD PURCHASE, AUT 111118 VISA DDA PUR AMZN MKTP US M87BJ0K40  AMZN COM BILL *WA 4085404021599975 | 149.99 |
| 11/13 | DEBIT POS, AUT 111018 DDA PURCHASE ABARROTERA CENTRAL  CORONA  *NY 4085404021599976 | 143.00 |



**TD Bank**
America's Most Convenient Bank®

BAHA LOUNGE CORP DBA
DON TEQUILA URBAN CANTINA
DIP CASE 18-41665   EDNY

STATEMENT OF ACCOUNT

Page: 6 of 20
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #:
Primary Account #:                      938

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13 | DEBIT POS, AUT 111218 DDA PURCHASE<br>THE HOME DEPOT 6244   E ELMHURST  * NY<br>4085404021599976 | 98.65 |
| 11/13 | DEBIT POS, AUT 111318 DDA PURCHASE<br>DEALS    5102 NORTHER   WOODSIDE  * NY<br>4085404029052365 | 51.17 |
| 11/13 | DEBIT POS, AUT 111018 DDA PURCHASE<br>C TOWN SUPERMARKET     CORONA   * NY<br>4085404021599976 | 34.93 |
| 11/13 | DEBIT CARD PURCHASE, AUT 111118 VISA DDA PUR<br>AMZN MKTP US M81Q845Z0    AMZN COM BILL * WA<br>4085404021599976 | 18.99 |
| 11/13 | DEBIT CARD PURCHASE, AUT 110918 VISA DDA PUR<br>AMZN MKTP US M84F81S91    AMZN COM BILL * WA<br>4085404021599976 | 14.98 |
| 11/13 | DEBIT CARD PURCHASE, AUT 111118 VISA DDA PUR<br>PRIME VIDEO M87GZ6SR0    888 802 3080  * WA<br>4085404018665673 | 8.99 |
| 11/14 | DEBIT POS, AUT 111418 DDA PURCHASE<br>RESTAURANT DEPOT      MASPETH   * NY<br>4085404021599976 | 702.78 |
| 11/14 | ELECTRONIC PMT-WEB, PREMIN2183758300    INSFINANCE  2401112 | 479.56 |
| 11/14 | DEBIT CARD PURCHASE, AUT 111318 VISA DDA PUR<br>AMAZON COM M8ST3SKH0    AMZN COM BILL * WA<br>4085404021599976 | 159.95 |
| 11/15 | DEBIT POS, AUT 111418 DDA PURCHASE<br>MICHAELS STORES 8795 9  REGO PARK  * NY<br>4085404029052365 | 136.91 |
| 11/15 | DEBIT CARD PURCHASE, AUT 111418 VISA DDA PUR<br>PAYPAL UNBEATABLES   402 935 7733  * CA<br>4085404021599976 | 101.67 |
| 11/15 | DEBIT CARD PURCHASE, AUT 111318 VISA DDA PUR<br>AMAZON COM M86FN99C9    AMZN COM BILL * WA<br>4085404021599976 | 71.04 |
| 11/16 | DEBIT CARD PURCHASE, AUT 111418 VISA DDA PUR<br>RESTAURANT DEPOT      MASPETH   * NY<br>4085404021599976 | 2,271.03 |
| 11/16 | TDBANK BILL PAY CHECK, CON EDISON<br>CHECK# 995805 | 1,000.00 |
| 11/16 | CCD DEBIT, ADP WAGE PAY WAGE PAY 727079475966208 | 250.00 |
| 11/16 | CCD DEBIT, ADP TAX ADP TAX K130S 111609A01 | 152.94 |
| 11/16 | CCD DEBIT, ADP PAYROLL FEES ADP - FEES 2K3OS    4747773 | 46.46 |
| 11/16 | DEBIT CARD PURCHASE, AUT 111518 VISA DDA PUR<br>UBER XORSX       HELP UBER COM * CA<br>4085404029052365 | 26.98 |



**TD Bank**
America's Most Convenient Bank®

BAHA LOUNGE CORP DBA
DON TEQUILA URBAN CANTINA
DIP CASE 18-41665 EDNY

Page: 7 of 20
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #:
Primary Account #: ████3938

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/19 | DEBIT CARD PURCHASE, AUT 111718 VISA DDA PUR<br>LUCERO PRODUCE          BRONX    * NY<br>4085404021599976 | 1,062.00 |
| 11/19 | DEBIT POS, AUT 111918 DDA PURCHASE<br>USPS PO 3 7577 31ST AV    EAST ELMHURST * NY<br>4085404021599976 | 801.29 |
| 11/19 | NONTD ATM DEBIT, AUT 111918 DDA WITHDRAW<br>3175 FULTON STREET       BROOKLYN    * NY<br>4085404020052365 | 102.00 |
| 11/19 | DEBIT CARD PURCHASE, AUT 111318 VISA DDA PUR<br>AMZN MKTP US M664X3RU0    AMZN COM BILL * WA<br>4085404021599976 | 59.36 |
| 11/19 | DEBIT CARD PURCHASE, AUT 111715 VISA DDA PUR<br>EASY PICKINS 98         ASTORIA    * NY<br>4085404020052365 | 39.98 |
| 11/19 | DEBIT CARD PURCHASE, AUT 111618 VISA DDA PUR<br>AMZN MKTP US M81W81RF1   AMZN COM BILL * WA<br>4085404021599976 | 23.92 |
| 11/19 | DEBIT CARD PURCHASE, AUT 111218 VISA DDA PUR<br>NYCTAXIAA317            LONG ISLAND C * NY<br>4085404020052365 | 19.30 |
| 11/19 | DEBIT CARD PURCHASE, AUT 111718 VISA DDA PUR<br>UBER WGEG4              HELP UBER COM * CA<br>4085404020052365 | 16.65 |
| 11/19 | DEBIT CARD PURCHASE, AUT 111618 VISA DDA PUR<br>PRIME VIDEO MS7AF7RQ1   888 802 3080 * WA<br>4085404018665673 | 5.99 |
| 11/20 | ACH DEBIT, ACURA PMT 8669507747    9109750740306 | 657.00 |
| 11/20 | DEBIT CARD PURCHASE, AUT 111918 VISA DDA PUR<br>AMZN MKTP US M03TZ7C31  AMZN COM BILL * WA<br>4085404021599976 | 63.83 |
| 11/20 | DEBIT POS, AUT 112018 DDA PURCHASE<br>DEALS   5102 NORTHER    WOODSIDE    * NY<br>4085404020052365 | 61.15 |
| 11/21 | DEBIT POS, AUT 112118 DDA PURCHASE<br>FOOD BAZA 34 20 JUNCTI   JACKSON HEIGH * NY<br>4085404020052365 | 27.01 |
| 11/23 | CCD DEBIT, ADP WAGE PAY WAGE PAY 937X08423351305 | 250.00 |
| 11/23 | CCD DEBIT, ADP TAX ADP TAX K130S  112310A01 | 158.94 |
| 11/23 | CCD DEBIT, ADP PAYROLL FEES ADP - FEES 2R30S  3522684 | 46.40 |
| 11/23 | DEBIT CARD PAYMENT, AUT 112118 VISA DDA PUR<br>APL ITUNES COM BILL    866 275 2273 * CA<br>4085404018665673 | 9.99 |
| 11/23 | DEBIT CARD PURCHASE, AUT 112018 VISA DDA PUR<br>STARBUCKS STORE 07910   WOODSIDE    * NY<br>4085404020052365 | 5.39 |


# TD Bank
America's Most Convenient Bank®

BARA LOUNGE CORP DBA
DON TEQUILA URBAN CANTINA
DIP CASE 18-41665 EDNY

STATEMENT OF ACCOUNT

Page: 8 of 20
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #:
Primary Account #:                    938

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/26 | ACH DEBIT, TIMEPAYMENT LEASE PMNT 41249418 | 260.46 |
| 11/26 | DEBIT CARD PAYMENT, AUT 112418 VISA DDA PUR<br>INTUIT QB ONLINE  800 286 6800  * CA<br>4085404018665673 | 32.65 |
| 11/29 | DEBIT CARD PURCHASE, AUT 112818 VISA DDA PUR<br>AMZN MKTP US M0HH3EW0  AMZN COM BILL * WA<br>4085404018665673 | 60.00 |
| 11/29 | DEBIT CARD PURCHASE, AUT 112818 VISA DDA PUR<br>UBER   SRE6H           HELP UBER COM * CA<br>4085404023052365 | 15.49 |
| 11/30 | CCD DEBIT, ADP WAGE PAY WAGE PAY 377559084778305 | 250.00 |
| 11/30 | CCD DEBIT, ADP TAX ADP TAX K13OS 1130HA01 | 158.94 |
| 11/30 | DEBIT CARD PURCHASE, AUT 112918 VISA DDA PUR<br>AMZN MKTP US M053M41E9  AMZN COM BILL * WA<br>4085404021599976 | 49.99 |
| 11/30 | CCD DEBIT, ADP PAYROLL FEES ADP - FEES 2B3OS 7028411 | 46.46 |
| 11/30 | DEBIT CARD PURCHASE, AUT 112918 VISA DDA PUR<br>UBER   34JMS          HELP UBER COM * CA<br>4085404023052365 | 26.33 |
| | Subtotal: | 16,308.80 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/16 | DEBIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 37,341.67 | 11/16 | 25,699.04 |
| 11/01 | 30,312.97 | 11/19 | 31,568.22 |
| 11/02 | 41,680.43 | 11/20 | 29,399.76 |
| 11/05 | 53,795.04 | 11/21 | 31,835.65 |
| 11/06 | 51,711.37 | 11/23 | 29,682.84 |
| 11/07 | 49,451.59 | 11/26 | 32,815.85 |
| 11/08 | 31,893.13 | 11/27 | 35,228.21 |
| 11/09 | 28,835.78 | 11/28 | 34,163.21 |
| 11/13 | 35,808.95 | 11/29 | 34,087.72 |
| 11/14 | 33,541.24 | 11/30 | 35,458.11 |
| 11/15 | 32,821.17 | | |